JENNIE A. COSGROVE, as Executrix of JANE COSGROVE, Deceased, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Cosgrove* v. *Metropolitan Street R. Co.*, 74 App. Div. 166, affirmed.
(Submitted January 23, 1903; decided February 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 30, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Bayard H. Ames* and *Henry A. Robinson* for appellant.

*Richard B. Aldcroftt, Jr.,* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

GUGLIEMO MARCHESE, as Administrator of the Estate of ROSA MARCHESE, Deceased, Respondent, *v.* THE BELL TELEPHONE COMPANY OF BUFFALO, Appellant.

*Marchese* v. *Bell Telephone Co. of Buffalo*, 73 App. Div. 620, affirmed.
(Argued January 26, 1903; decided February 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 3, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Adolph Rebadow* for appellant.

*George H. Kennedy* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : GRAY, BARTLETT, CULLEN and WERNER, JJ. Absent : PARKER, Ch. J., and O'BRIEN, J. Not voting : HAIGHT, J.